No. 65. EUGENE M. THAYER, PLAINTIFF IN ERROR, v. ELIZA M. SCHABEN ET AL. In error to the Supreme Court of the State of Kansas. Argued for the plaintiff in error January 19, 1912. Decided January 22, 1912. *Per*

*Curiam.* Writ of error dismissed for want of jurisdiction. *California National Bank* v. *Thomas,* 171 U. S. 441; *Appleby* v. *Buffalo,* 221 U. S. 524, 529. *Mr. Charles H. Pegler, Mr. Arthur J. Eddy* and *Mr. Emil C. Wetten* for the plaintiff in error. *Mr. Fred S. Jackson* for the defendants in error.